UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -9 AM 11: 16

CLERK, U.S. DIST. CT.
W D OF TN. MEMPHIS

| | | |
|---|---|---|
| RICKY ADAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-2155 M1/A |
| CITY OF MEMPHIS, | ) | |
| Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S MOTION
FOR ONE DAY EXTENSION TO SERVE HIS AMENDED RESPONSES TO
REQUEST NUMBERS 1, 4, 5, 12, AND 13 OF DEFENDANT
CITY OF MEMPHIS' FIRST REQUEST FOR ADMISSIONS

Before the Court is the Plaintiff's Motion for One Day Extension to Serve his Amended Responses to Request Numbers 1, 4, 5, 12, and 13 of Defendant City of Memphis' First Requests for Admissions. For good cause shown, the motion is GRANTED.

It is so ORDERED, this ___5___ day of ___MAY___, 2005.

Jon Phipps McCalla
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05

99

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT