IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -1 PM 4: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| RICKY D. ADAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 03-2155 MI/A |
| CITY OF MEMPHIS / (Fire Department), | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO THE SECOND AMENDED COMPLAINT

Before the Court is Defendant City of Memphis' Unopposed Motion Enlargement of Time to File Answer to the Second Amended Complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Defendant's Unopposed Motion for Enlargement of Time to File Answer to the Second Amended Complaint is granted. The Clerk is advised to file the Answer to Second Amended Complaint in the record of this cause.

IT IS SO ORDERED this __1__ day of __June__, 2005.

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT