UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RICKY ADAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-2155 M1/A |
| CITY OF MEMPHIS, | ) | |
| Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR PERMISSION TO ADD PAGE 20 OF PLAINTIFF'S SUPPLEMENTED
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT TO THE
RECORD IN THIS CASE

Before the Court is the Plaintiff's Unopposed Motion for Permission to Add Page 20 of Plaintiff's Supplemented Response to Defendant's Motion or Summary Judgment to the Record in this Case. Page 20 was attached to Plaintiff's pending motion seeking permission. For good cause shown, the motion is GRANTED. The Clerk is therefor directed to add page 20 to Plaintiff's previously filed Supplemented Response to Defendant's Motion for Summary Judgment.

It is so ORDERED, this __23__ day of __June__, 2005.

Jon Phipps McCalla
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _10-24-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT