FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL -7 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RICKY D. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2155 Ml/An |
| CITY OF MEMPHIS, | ) |
| Defendant. | ) |

ORDER OF REFERENCE

Before the Court is Defendant's Motion for Order Compelling Discovery Responses From Plaintiff and/or for Sanctions for Violating Order and Memorandum in Support Thereof, filed July 5, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any requests for reconsideration of the Magistrate Judge's order shall be made within ten (10) days of the entry of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

IT IS SO ORDERED THIS 7 DAY OF July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-8-05

110

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT