IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 13 AM 11: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| RICKY D. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 03-2155 MI/A |
| ) | |
| CITY OF MEMPHIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT ORDER STRIKING DEFENDANT'S MOTION FOR ORDER COMPELLING DISCOVERY RESPONSES FROM PLAINTIFF AND/OR FOR SANCTIONS FOR VIOLATING ORDER

Before the Court is the parties' Motion for Consent Order Striking Defendant's Motion for Order Compelling Discovery Responses from Plaintiff and/or for Sanctions for Violating Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the parties' Motion for Consent Order Striking Defendant's Motion for Order Compelling Discovery Responses from Plaintiff and/or for Sanctions for Violating Order is granted.

IT IS SO ORDERED this _13_ day of _July_, 2005

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-13-05_

113

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT