FILED BY _____ D.C.

05 OCT 19 AM 9:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

RICKY ADAMS

VS

CITY OF MEMPHIS FIRE DEPARTMENT.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2155 Ml**

The parties having resolved this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal With Prejudice filed October 17, 2005, this case is DISMISSED with prejudice. Each party shall bear its own costs.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Oct. 19, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

131

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:03-CV-02155 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Chandell W. Ryan
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT